IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HASAM KADDOURA,

    Petitioner,        No. 2:11-cv-1208 KJM-JFM (HC)

  vs.

F. X. CHAVEZ, Warden,

    Respondent.        ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by petitioner's institution of incarceration has not been filled out. See Rule 3, 28 U.S.C. foll. § 2254. Petitioner will be provided the opportunity to submit a completed in forma pauperis application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Within thirty days from the date of this order, petitioner shall complete and submit an new Application to Proceed In Forma Pauperis By a Prisoner, which shall be completed in its entirety, including the certificate by his institution of incarceration; and

/////

1

2. The Clerk of the Court is directed to send petitioner a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: May 25, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

12
kadd1208.3chab

```
 1
 2
 3
 4
                    IN THE UNITED STATES DISTRICT COURT
 5                 FOR THE EASTERN DISTRICT OF CALIFORNIA

 6            Plaintiff,                    No. 2:#cv-
        vs.
 7                                          NOTICE OF SUBMISSION
              Defendants.
 8   _____/
        Plaintiff hereby submits the following document in compliance with the court's
 9   order filed _____:
                  _____     Complete Application to Proceed In Forma Pauperis
10                                  By a Prisoner/Certified Copy of Prison Trust Account
                                    Statement
11
     DATED:
12
13
                                            _____
14                                          Plaintiff
15
16
17
18
19
20
21
22
23
24
25
26

                                      3
```