IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HASAM KADDOURA,

     Petitioner,                   No. 2:11-cv-1208 KJM JFM (HC)

    vs.

F.X. CHAVEZ,

     Respondent.              ORDER

_____/

     Petitioner is proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 16, 2011, petitioner filed a notice of change of address. Since then, both a Clerk's Notice and a court order served on petitioner at the new address of record have been returned by the United States Postal Service. It appears that petitioner has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change.

/////

/////

/////

/////

/////

1

Good cause appearing, IT IS HEREBY ORDERED that petitioner shall file a notice of change of address not later than November 29, 2011.  Failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: October 18, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

12
kadd1208.nca